Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Joseph Samuel Catalano
4807 W Newport
Chicago, IL 60641
SSN: xxx−xx−2986 EIN: N.A.
aka Joseph Bruno

Case No. : 96−00114
Chapter : 7
Judge : David D. Cleary

Debtor's Attorney:
Marc W Sargis
7366 N Lincoln Ave Ste 206
Lincolnwood, IL 60646

847−763−0980

Trustee:
James E Carmel ESQ
Carmel & Marcus Ltd
Pob 1254
Highland Park, IL 60035

847−559−9145

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on **January 3, 1996** .

1. **February 22, 2021** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. **February 22, 2021** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: November 20, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 96-00114-DDC
Joseph Samuel Catalano  Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: corrinal      Page 1 of 2
Date Rcvd: Nov 20, 2020      Form ID: ntcftfc7      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Samuel Catalano, 4807 W Newport, Chicago, IL 60641-3557 |
| aty | + | Marc W Sargis, 7366 N Lincoln Ave Ste 206, Lincolnwood, IL 60712-1739 |
| tr | + | James E Carmel, ESQ, Carmel & Marcus Ltd, Pob 1254, Highland Park, IL 60035-7254 |
| 1187303 | + | AMERITECH CELLULAR, POB 4764, CHICAGO, IL 60680-4764 |
| 1187301 | + | BRADY, JAMES A, C/O LAWRENCE STARK, 221 N LASALLE ST #3200, CHICAGO, IL 60601-1512 |
| 1187299 | + | BUTERA FOODS, C/O JON R HAWKS, 7301 OHMAS RD #535, MINNEAPOLIS, MN 55439-2367 |
| 1187291 | | CAPITOL BANK & TRUST, 4801 W FULLERTON, CHICAGO, IL 60639 |
| 1187297 | + | CUB FOODS, C/O MERCHANTS CREDIT, 223 W JACKSON, CHICAGO, IL 60606-6908 |
| 1187298 | + | DOMINICKS FINER FOODS, C/O MERCHANTS CREDIT, 223 W JACKSON, CHICAGO, IL 60606-6908 |
| 1187300 | + | GEOCARIS, JAMES A, 505 E GOLF RD F2, ARLINGTON HEIGH, IL 60005-4088 |
| 1187295 | + | HARVEYS, POB 128, STATELINE, NV 89449-0128 |
| 1187302 | + | ILLINOIS BELL, C/O HARVARD COLLECTION, 4700 W IRVING PARK RD, CHICAGO, IL 60641-2701 |
| 1187294 | + | MIDLAND FINANCE CO, 7541 N WESTERN AVE, CHICAGO, IL 60645-1510 |
| 1187296 | + | OUR LADY OF RESURRECTION, C/O BLATT & HASENMILLER, 111 W JACKSON, CHICAGO, IL 60604-3589 |
| 1187305 | | PEOPLES GAS, THE PRUDENTIAL BLDG ATTENTION:, SPECIAL PROJECTS,130 E RANDOLPH DR, CHICAGO, IL 60601-6207 |
| 1187293 | + | TCF FINANCIAL, POB 1501, MINNEAPOLIS, MN 55480-1501 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 1187304 | + | EDI: ATTWIREBK.COM | Nov 21 2020 03:48:00 | ILLINOIS BELL TELEPHONE, LAW DEPARTMENT STE 27A, 225 W RANDOLPH ST, CHICAGO, IL 60606-1839 |
| 1187292 | | EDI: AGFINANCE.COM | Nov 21 2020 03:48:00 | AMERICAN GENERAL, 200 W ADAMS ST, CHICAGO, IL 60606 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0752-1 | User: corrinal | Page 2 of 2 |
| Date Rcvd: Nov 20, 2020 | Form ID: ntcftfc7 | Total Noticed: 18 |

Date: Nov 22, 2020            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:**

**Name**              **Email Address**

Adam G. Brief

on behalf of U.S. Trustee Patrick S Layng Adam.Brief@usdoj.gov

David P Leibowitz, ESQ

dleibowitz@lodpl.com  il64@ecfcbis.com;dl@trustesolutions.com;dl@trustesolutions.net;ECF@lodpl.com

TOTAL: 2